NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1014, -1035

ALLAN BLOCK CORPORATION,

Plaintiff-Appellant,

v.

E. DILLON & COMPANY,

Defendant-Cross Appellant.

Darren B. Schwiebert, Fredrikson & Byron, P.A., of Minneapolis, Minnesota, argued for plaintiff-appellant.  With him on the brief were Kurt J. Niederluecke, James R. Mayer, and Laura L. Myers.

Wyatt B. Durrette, Jr., DurretteBradshaw PLC, of Richmond, Virginia, argued for defendant-cross appellant.  With him on the brief were Barrett E. Pope, Christine A. Williams, and Halliday Moncure Merrick.

Appealed from:  United States District Court for the District of Minnesota

Judge Joan N. Ericksen

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1014, -1035

ALLAN BLOCK CORPORATION,

Plaintiff-Appellant,

v.

E. DILLON & COMPANY,

Defendant-Cross Appellant.

# Judgment

ON APPEAL from the     United States District Court for the District of Minnesota

in CASE NO(S).     04-CV-3511

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, MOORE, Circuit Judge, and O'GRADY*, District Judge).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED August 13, 2008     /s/ Jan Horbaly
     Jan Horbaly, Clerk

---

\*     Honorable Liam O'Grady, District Judge, United States District Court for the Eastern District of Virginia, sitting by designation.